# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION
#### No. 2:19-CR-16

UNITED STATES OF AMERICA,   )
                            )
            v.              )        **ORDER**
                            )
ADOLPHUS FRAZIER McLAIN, JR.,   )
                            )
            Defendant.      )

The United States SHALL respond to defendant's motion for early termination of probation [D.E. 106] not later than May 15, 2026.

SO ORDERED.  This 30 day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge