IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:19-CR-16-D

UNITED STATES OF AMERICA )
)
v. )                                          **ORDER**
)
ADOLPHUS FRAZIER MCLAIN, JR., )
)
Defendant. )

The court DISMISSES WITHOUT PREJUDICE defendant's motion for early termination

of supervised release [D.E. 106]. See [D.E. 109].

SO ORDERED. This _10_ day of April, 2026.

JAMES C. DEVER III
United States District Judge